# UNITED STATES DISTRICT COURT

| Middle | District of | Louisiana |

Terrance Patrick Esfeller

**SUMMONS IN A CIVIL ACTION**

V.

Sean O'keefe and the Board of Supervisors for
Louisiana State University

CASE NUMBER: 3:08-cv-63

TO: (Name and address of Defendant)

Sean O'Keefe, 156 Thomas Boyd Hall, Baton Rouge, Louisiana 70803
The Board of Supervisors for Louisiana State University through its
President, John Lombardi, 3810 West Lakeshore Drive, Baton Rouge,
Louisiana, 70808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald Carl Hodge, Jr.
1900 South Acadian Thruway
Baton Rouge, Louisiana 70808

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nick J. Lorio                                February 21, 2008

CLERK                                        DATE

*Janice LeBlanc* (signature)
(By) DEPUTY CLERK