# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRANCE PATRICK ESFELLER** | **CIVIL ACTION NO. 3:08-cv-63-JJB-CN** |
| **VERSUS** | **JUDGE BRADY** |
| **SEAN O'KEEFE AND THE BOARD OF SUPERVISORS FOR LOUISIANA STATE UNIVERSITY** | **MAGISTRATE JUDGE NOLAND** |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, former chancellor Sean O'Keefe, in his official capacity, who respectfully moves this Court for an order granting leave to enroll Alexander J. Mijalis, Louisiana Bar Roll Number 31262, of the law firm of Phelps Dunbar LLP, 400 Convention Street, Suite 1100, Post Office Box 4412, Baton Rouge, Louisiana 70821-4412, (225) 346-0285 with an e-mail address of mijalisa@phelps.com, as additional counsel of record in the above-captioned matter. Defendant Sean O'Keefe shows that granting this motion will not delay or retard the progress of this litigation.

**WHEREFORE**, Defendant Sean O'Keefe, in his official capacity, prays that this motion be granted and that Alexander J. Mijalis of the law firm of Phelps Dunbar LLP, 400 Convention Street, Suite 1100, Post Office Box 4412, Baton Rouge, Louisiana 70821-4412, (225) 346-0285 with an e-mail address of mijalisa@phelps.com, be enrolled as additional counsel of record for Defendant Sean O'Keefe, in his official capacity, in the above-referenced matter.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Taylor S. Carroll
      H. Alston Johnson III, Bar Roll No. 7293
      Taylor S. Carroll, Bar Roll No. 28522
      II City Plaza
      400 Convention Street • Suite 1100
      Baton Rouge, Louisiana 70802-5618
      P.O. Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: (225) 346-0285
      Telecopier: (225) 381-9197
      Email: johnsona@phelps.com
            carrollt@phelps.com

ATTORNEYS FOR DEFENDANT SEAN O'KEEFE

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2009, a copy of the foregoing *Motion to Enroll Additional Counsel of Record* was filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to Donald Carl Hodge, Jr., counsel for Plaintiff Terrance Patrick Esfeller.

      /s/ Taylor S. Carroll
      Taylor S. Carroll, Bar Roll No. 28522
      Phelps Dunbar LLP

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRANCE PATRICK ESFELLER | CIVIL ACTION NO. 3:08-cv-63-JJB-CN |
| VERSUS | JUDGE BRADY |
| SEAN O'KEEFE AND THE BOARD OF SUPERVISORS FOR LOUISIANA STATE UNIVERSITY | MAGISTRATE JUDGE NOLAND |

## ORDER

Having considered the foregoing *Motion to Enroll as Additional Counsel of Record*,

IT IS HEREBY ORDERED that Defendant Sean O'Keefe's Motion is granted and that Alexander J. Mijalis of the law firm Phelps Dunbar, LLP, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802 with an e-mail address of mijalisa@phelps.com, is hereby enrolled as additional counsel of record for Defendant Sean O'Keefe.

Baton Rouge, Louisiana, this _____ day of _____, 2009.

_____
JUDGE, United States District Court